UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MICHELLE VILLALOBOS,

            Plaintiff(s),

   v.

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY and DOES 1-50,
inclusive,

            Defendant(s).

CASE NO. CV 10-05209 JW

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*
*1/11/2011*

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
☐ Non-binding Arbitration (ADR L.R. 4)
☐ Early Neutral Evaluation (ENE)   (ADR L.R. 5)
☐ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
☒ Private ADR (*please identify process and provider*)   The parties will select a mediator from a private neutral service, such as JAMS or ADR Services.

The parties agree to hold the ADR session by:

☐ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

☒ other requested deadline   June 30, 2011 – The parties have agreed to conduct preliminary discovery before engaging in mediation.

Dated: January 10, 2011

/s/ *John N. Frye* [as authorized on 1/7/11]
Attorney for Plaintiff
Michelle Villalobos

Dated: January 10, 2011

/s/ *Melissa M. Cowan*
Attorney for Defendant
Hartford Life and Accident Insurance Company

Dated:

LA #4844-3073-5880 v1

American LegalNet, Inc.
www.USCourtForms.com

# [~~PROPOSED~~] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- ☐ Non-binding Arbitration
- ☐ Early Neutral Evaluation (ENE)
- ☐ Mediation
- ☒ Private ADR. Deadline for parties to select private mediator on or before **February 4, 2011.**

Deadline for ADR session
- ☐ 90 days from the date of this order.
- ☒ other **May 20, 2011**

IT IS SO ORDERED.

Dated: January 11, 2011

_____
UNITED STATES DISTRICT CHIEF JUDGE
~~HONORABLE JUDGE JAMES WARE~~