# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| MICHELLE VILLALOBOS,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY and DOES 1-50, inclusive,<br><br>　　　　　Defendants | Case No. CV 10-05209 JW<br><br>**(PROPOSED) ORDER RE STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

The above-referenced action shall be dismissed in its entirety with prejudice as to all defendants, with the parties to bear their own respective attorneys' fees and costs.

DATED: May 2, 2011　　　　　　　_____

　　　　　　　　　　　　　　　　　United States District Court Judge

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4823-9996-9289 v1

- 1 -

CASE NO. CV 10-05209 JW
(PROPOSED) ORDER RE STIP. FOR DISMISSAL
OF ENTIRE ACTION W/PREJUDICE